IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| JON LANE and PATRICIA LANE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:04CV3396 |
| v. | ) | |
| | ) | |
| AMERICAN FAMILY INSURANCE, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiffs' motion for time, filing 24, is granted and plaintiffs are given to May 3, 2005 to respond to defendant's motion to remand.

DATED this 20th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge